To Whom It May Concern                6 29 22

My name is Sean Aaron Smith and I am writing on behalf of the American People Asking for Immideate Investigation into 5G and mind control via Frequencies

Some of the culprits I will name Lockheed martin, American Tower, Crown Castle Amongst others. This is a plea for help, you say you are here to protect us. I know for a fact these companies are knowingly comitting Terrorist acts on a daily basis

If nothing is done I will have no choice but to write the Supreme Court along with the united nations

Attached are some info backing my claims.

Sean Smith

"I seem to have stumbled across an advanced technology that I would classify as synthetic telepathy. It clearly uses cellular towers to transmit illegal signals"

The verified measurment and existence of these RF band transmissions constitutes a terrorist act

5G operates on the same frequencies as those used for crowd control weapons which cause a severe burning sensation on the skin

This work shows that the same parts of the human skin that allow us to sweat also respond to 5G radiation much like an antenna that can receive signals. We need the potential adverse health impacts of 5G to be seriously evaluated before we blanket our children ourselves and the enviroment with this radiation -Dr Devra Davis president of the enviromental Health trust.

Cancer rates are more than Tripple among People living within 400 meters of cell Phone towers.
Radiation emitted from cell towers can damage cell tissues and DNA causing miscarriage, and suppressing immune function

1-3.5 hertz - Delta waves
30-44 hertz Gamma waves
12-18 hertz Beta waves
8-12 hertz - Alpha waves
4-8 hertz - Theta waves

1924 German Psychiatrist Hans Berger measured electrical Impulses emitted by an accident victim whose Skull had been Partly Removed his work Showed that brain cell activity far from being random was organized Into distinct Patterns in the form of waves

Former DARPA Scientist Dr Paul Batch who Spent nearly Three Years at the Los Alamos National Laboratory working in computational Physics has warned that cell tower transmissions are a 'Terrorist act' against the population.