

Inv. Jesse Moncada #9662

**315 S. Santa Rosa Ste. #2500**
**San Antonio, TX 78207**
**Office: 210-207-7678   Desk: 210-207-0376 Cell: 210-215-5636**

# Curriculum Vitae

## Employment History

**San Antonio Fire Department - Fire Division**
August 2001 to October 2008
Firefighter at Station 33-B Shift

**San Antonio Fire Department – EMS Division**
November 2008 – 2016

**San Antonio Fire Department – Communications Division**
2016 – June 2018

**San Antonio Fire Department - Arson Bureau**
June 2018 through present
Approximately over 275 fires investigated as lead investigator.

## Education

**Aug 2001- San Antonio Fire Department Training Academy**--Basic Firefighter and EMT-Basic training-7 months

**Oct 2008 – University of Texas-San Antonio Health Science Center –** Paramedic Certification – 7 months

**June 2018- San Antonio Police Academy-**Basic Peace Officer-8 months

## Training

## 2023

**ATF Enclosure Fire Dynamics –** 64 hours - Completed.

**IAAI CFI Trainer Online TESTED Courses Completed:**
- Motive, Means, and Opportunity: Determining responsibility in an Arson Case – 4 hours.



Inv. Jesse Moncada #9662

**315 S. Santa Rosa Ste. #2500**
**San Antonio, TX 78207**
**Office: 210-207-7678   Desk: 210-207-0376 Cell: 210-215-5636**

# 2022

**ATF Advanced Origin and Cause / Courtroom Testimony** – 88 hours - Completed.

**IAAI ITC 2022** – Conference 40 hours - Completed.

**IAAI CFI Trainer Online TESTED Courses Completed:**
- 2022 ITC Fire Fatality Investigations – 4 hours
- 2022 ITC Kansas City FF Fatality Case Study – 4 hours
- Arc Mapping Basics - 4 hours
- Basic Electricity – 4 hours
- Effective Investigation and Testimony – 3 hours
- Electrical Safety – 3 hours
- Explosion Dynamics – 4 hours
- Fire Chemistry – 3 hours
- Fundamentals of Residential Building Construction – 3 hours
- Investigating Fatal Fires – 4 hours
- Investigating Motor Vehicle Fires – 4 hours
- Investigating Natural Gas Systems – 3 hours
- Managing Complex Fire Scene Investigations – 4 hours
- Physical Evidence at the Fire Scene – 4 hours
- Post flashover Fires – 4 hours
- Residential Electrical Systems – 4 hours
- Residential Natural Gas Systems – 3 hours
- Search and Seizure – 4 hours
- Thermometry, Heat, and Heat Transfer – 3 hours
- Process of Elimination – 3 hours
- Fire Protection Systems – 3 hours
- The Impact of Ventilation in building structures on Fire development – 4 hours
- Introduction to Fire Dynamics and modeling – 4 hours

# 2021

**Post Blast Investigator's School**—Held at the SAPD Academy
Presented by the FBI Explosives Unit – 40 hours – Tested and completed.

**NFPA 921 and NFPA 1033 Testimony Survival for trials and Depositions** – San Antonio, TX
Public Agency Training Council presented by Steve Riggs – 1.5 hours.

**40 Hour Crisis Intervention Training** – presented by SAPD Mental Health Unit – 40 hours.



Inv. Jesse Moncada #9662

**315 S. Santa Rosa Ste. #2500**
**San Antonio, TX 78207**
**Office: 210-207-7678   Desk: 210-207-0376 Cell: 210-215-5636**

# 2020

**The REID Technique of Investigative interviewing and Advanced Interrogation –** 24 hours

**Intermediate Crime Scene Search –** San Antonio Fire Academy – 40 hours – Tested and Completed

**IAAI CFI Trainer Online TESTED Courses Completed:**
- Understanding Undetermined -- 3 hours
- Writing the Initial Origin and Cause Report -3 hours
- NFPA 1033 and Your Career – 2 hours
- The Practical Application of the Relationship Between NFPA 1033 and NFPA 921 – 2 hours
- IAAI-FIT Test
- How First Responders Impact the Fire Investigation – 2 hours
- Fire Flow Analysis – 3 hours
- Ethics and the Fire Investigator - 3 hours

# 2019

**TCFP Fire Investigator Course – Basic- 150 hours –** Tested and completed -
Online course by Texas Commission on Fire Protection, State Skills test at San Antonio Fire Academy

**Incident Response to Terrorist Bombings**
Taught at New Mexico Tech, Socorro, NM.  Course completed - 27 hours – Tested and completed

**IAAI 40-Hour Fundamentals of Fire Investigation** – San Antonio Fire Academy – 40 hours- Tested and Completed

**IAAI CFI Trainer Online TESTED Courses Completed:**
- Documenting the Event – 4 hours
- Fire Investigator Scene Safety -- 3 hours
- Introduction to Evidence – 4 hours
- The Scientific method for fire and explosion investigation – 3 hours
- Understanding fire through the candle experiments – 4 hours

# 2018

**San Antonio Police Academy –** Basic Peace Officer School – 33 weeks – (June 2018 – February 2019)



Inv. Jesse Moncada #9662

**315 S. Santa Rosa Ste. #2500**
**San Antonio, TX 78207**
**Office: 210-207-7678   Desk: 210-207-0376 Cell: 210-215-5636**

# LICENSES & CERTIFICATIONS

**Paramedic –** National Registry of Emergency Medical Technicians; Certification #M8037252

**Advanced Firefighter Certification** – Texas Commission on Fire Protection; Certification # 81953

**Arson Investigator Basic** – Texas Commission on Fire Protection; Certification # 164691

**Fire Investigator Basic –** Texas Commission on Fire Protection; Certification # 161318

**International Fire Service Accreditation Congress Seal for the following:**
Fire Investigator – Certification #2648359

**Basic License; Texas Peace Officer**; Texas Commission on Law Enforcement Officer Standards and Education

**Commissioned February 2019 through present as an Arson Investigator**
Texas State Law Enforcement; Arson Investigator, San Antonio Arson Bureau, San Antonio, TX

**Fire Investigator-Technician (FIT) - 2019 to Present**
International Association of Arson Investigators

**Certified Fire Investigator (CFI) – 2023 to Present**
International Association of Arson Investigators - #03-1107189

# PROFESSIONAL ASSOCIATIONS

**International Association of Arson Investigators** (IAAI)
Membership ID #: 1402717

**International Association of Firefighters** (IAFF) -- Local 624 -- 22 years

# Awards

**2022 -- IAAI Distinguished Service Award**
**2023 – Texas Chapter IAAI – Jack Sneed Award**