UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CRIMINAL NO. SA-22-CR-00304-XR |
| | ) |
| SEAN AARON SMITH, | ) |
| | ) |
| Defendant. | ) |

**ADVISORY REGARDING CLAIM FILED BY HUGH RITMAN JONS, JR.**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and files this Advisory Regarding the Claim filed by Hugh Ritman Jons, Jr. and respectfully advises the Court as follows:

**I.**

On September 14, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 42) that included the following assets:

1. Polymer80, Inc. PFC9; serial number CA15357;
2. Sig Sauer pistol, serial number 66B430849;
3. AK-47 GP/WASR-10/63, serial number 1968B11180; and
4. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Personal Property.

On January 23, 2024, pursuant to Title 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was sent to all entities who may have a third-party interest in the Subject Personal Property.

On February 12, 2024, Hugh Ritman Jons, Jr. ("Claimant") filed a Claim (Doc. 51) requesting the return of the Subject Personal Property Sig Sauer pistol, serial number 66B430849.

As of the date of the filing of this Advisory, no other claims have been filed by any other parties regarding the return of the Sig Sauer and all deadlines to file a claim have expired. The United States Attorney's Office, along with the Federal Bureau of Investigation, have reviewed the claim and have determined that the Claimant is the rightful owner of the Sig Sauer pistol, serial number 66B430849.

## II.

The United States advises the Court that the Claimant Hugh Ritman Jons, Jr. is the rightful owner of the Subject Personal Property Sig Sauer pistol, serial number 66B430849. Therefore, the United States will be returning the Sig Sauer pistol, serial number 66B430849 to the Claimant. The United States also advises the Court that the United States will not file a Motion for Final Forfeiture for the Sig Sauer pistol, serial number 66B430849.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: /s/
ANTONIO FRANCO JR.
Assistant United States Attorney
State Bar No. 00784077
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Email: Antonio.Franco@usdoj.gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the CM/ECF participant:

Marina Thais Douenat
Federal Public Defender, TXW
300 Convent Street, Suite 2300
San Antonio, TX 78205
Email: marina_douenat@fd.org
*Attorney for Defendant SEAN AARON SMITH*

Notification will also be mailed to the following non CM/ECF participant:

Hugh Ritman Jons. Jr.
J3 Company, LLC
PO Box 129, 600 Highway 27
Comfort Texas 78013
*Claimant*

/s/
ANTONIO FRANCO JR.
Assistant United States Attorney